# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM JACKSON, | Case No.: 2:20-cv-02001-APG-VCF |
| Plaintiff | **Order** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, et al., | |
| Defendants | |

On February 18, 2021, plaintiff William Jackson advised the court that he had settled with defendant Equifax Information Services, LLC and intended to file a voluntary dismissal as to Equifax by April 16, 2021. ECF No. 10. Nothing has been filed.

I THEREFORE ORDER that by May 7, 2021, plaintiff William Jackson shall file a voluntary dismissal as to defendant Equifax Information Services, LLC, a stipulation of dismissal as to this defendant, or a status report. The failure to comply with this order may result in dismissal of this action without further notice.

DATED this 27th day of April, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE