# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM JACKSON, | Case No.: 2:20-cv-02001-APG-VCF |
| Plaintiff | **Order** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, et al., | |
| Defendants | |

On February 18, 2021, plaintiff William Jackson advised the court that he had settled with defendant Equifax Information Services, LLC and intended to file a voluntary dismissal as to Equifax by April 16, 2021. ECF No. 10. Nothing was filed by that date, so I ordered plaintiff William Jackson to file a voluntary dismissal as to Equifax, a stipulation of dismissal as to Equifax, or a status report. ECF No. 15. I advised Jackson that the failure to comply with my order by May 7, 2021 may result in dismissal of this action without further notice. *Id.* Nothing has been filed.

I THEREFORE ORDER that plaintiff William Jackson's claims against defendant Equifax Information Services, LLC are DISMISSED. The clerk of court is directed to enter judgment accordingly and to close this case.

DATED this 13th day of May, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE