| | |
|---|---|
| 1 | COGBURN LAW |
| | Jamie S. Cogburn, Esq. |
| 2 | Nevada Bar No. 8409 |
| | jsc@cogburncares.com |
| 3 | Erik W. Fox, Esq. |
| | Nevada Bar No. 8804 |
| 4 | ewf@cogburncares.com |
| | 2580 St. Rose Parkway, Suite 330 |
| 5 | Henderson, Nevada 89074 |
| | Telephone: (702) 748-7777 |
| 6 | Facsimile: (702) 966-3880 |
| | *Attorneys for Plaintiff* |
| 7 | |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM JACKSON, | Case Number: |
| | 2:20-cv-02001-APG-VCF |
| Plaintiff, | |
| vs. | |
| EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company, and CREDIT ACCEPTANCE CORPORATION, a Michigan corporation, | |
| Defendants. | |

## SUBSTITUTION OF COUNSEL FOR PLAINTIFF, WILLIAM JACKSON

Plaintiff, William Jackson, hereby substitutes Jamie S. Cogburn, Esq. and Erik W. Fox, Esq. of Cogburn Law, as its counsel of record in the above-captioned matter in the place and stead of Kristie Lynn Fischer, Esq.

Dated this 3 day of June, 2021.

*William R Jackson*
William Jackson

The undersigned hereby consents to the subsitution of Cogburn Law as counsel of record for Plaintiff, William Jackson, in the above-captioned matter in the place and stead of Kristie Lynn Fischer, Esq.

Dated this 3rd day of June, 2021.

*Kristie L Fischer* (signature)
Kristie Lynn Fischer, Esq.
Nevada Bar No. 11693
2565 Coral Sky Court
Las Vegas, Nevada 89142

The undersigned, on behalf of Cogburn Law, hereby agrees to be subsituted as counsel of record for Plaintiff, William Jackson, in the above-captioned matter in the place and stead of Kristie Lynn Fischer, Esq.

Dated this 3rd day of June, 2021.

COGBURN LAW

By: *Erik Fox* (signature)
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Erik W. Fox, Esq.
Nevada Bar No. 8804
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
*Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

Dated: 6-7-2021

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **SUBSTITUTION OF COUNSEL FOR PLAINTIFF, WILLIAM JACKSON** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the ____ day of June, 2021.

☑  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/Erik W. Fox*