# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

William Jackson,

    Plaintiff,

vs.

Equifax Information Services, LLC., et al.

    Defendant.

Case No.: 2:20-cv-02001-APG-VCF

## ORDER OF DISMISSAL
## WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant Equifax Information Services, LLC., are hereby dismissed with prejudice and without fees or costs to either party. The Clerk of the Court shall terminate Equifax Information Services, LLC., as a party in this action and remove its attorneys of record from receiving ECF Notifications.

Date: June 8, 2021

_____
Judge of United States District Court