Matthew C. Addison (NSBN 4201)
Sarah A. Ferguson (NSBN 14515)
MCDONALD CARANO LLP
100 W. Liberty Street, Tenth Floor
Reno, NV 89501
Telephone: (775) 788-2000
maddison@mcdonaldcarano.com
sferguson@mcdonaldcarano.com

Attorneys for Defendant
Credit Acceptance Corporation

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM JACKSON,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SYSTEMS, LLC, and CREDIT ACCEPTANCE CORPORATION,<br><br>    Defendants. | Case No. 2:20-cv-02001-APG-VCF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO VACATE DEFAULT JUDGMENT AND CLERK'S ENTRY OF DEFAULT, AND TO EXTEND TIME FOR CREDIT ACCEPTANCE TO RESPOND TO THE COMPLAINT** |

Plaintiff William Jackson ("Plaintiff") and Defendant Credit Acceptance Corporation ("Credit Acceptance," together with Plaintiff, the "Parties"), by their respective counsel, hereby stipulate and agree that the Judgment entered in favor of Plaintiff and against Credit Acceptance on March 24, 2021 (ECF No. 14) and the Clerk's Entry of Default against Credit Acceptance dated March 2, 2021 (ECF No. 11) should be vacated, and that Credit Acceptance should be given up to and including July 26, 2021, to answer or otherwise respond to Plaintiff's Complaint. In support and in further explanation for this Joint Stipulation, the Parties state as follows:

1. Plaintiff filed his Complaint against Credit Acceptance and Equifax Information Services, LLC on October 30, 2020. (ECF No. 1.)

2. On February 16, 2021, Plaintiff requested that the Clerk enter default against Credit Acceptance based on proof of service on The Corporation Company at 40600 Ann Arbor Rd. E., Suite 201, Plymouth, Michigan 48170, which Plaintiff indicated was Credit Acceptance's registered

1

agent for service of process in the State of Michigan. (ECF No. 7.)

3. On March 2, 2021, the Clerk entered default as to Credit Acceptance. (ECF No. 11.)

4. Plaintiff moved for entry of default judgment against Credit Acceptance on March 23, 2021, and the Court entered judgment against Credit Acceptance on March 24, 2021. (ECF Nos. 12-14.)

5. Since 2014, Credit Acceptance's registered agent for service of process in the State of Michigan has been CSC-Lawyers Incorporation Service, located at 2900 West Rd., Suite 500, East Lansing, Michigan 48823. Thus, Credit Acceptance did not receive service of the Complaint and Summons.

6. After conferral, counsel for Credit Acceptance has agreed to accept service and Plaintiff's counsel has agreed to vacate the default judgment and Clerk's entry of default as to Credit Acceptance, and to give Credit Acceptance up to and including July 26, 2021, to respond to Plaintiff's Complaint.

7. Good cause exists for vacating the default judgment and Clerk's entry of default because Credit Acceptance was not served with the Complaint and Summons.

8. Moreover, the Parties' stipulation is made in good faith and not for the purpose of delay or any other improper purpose and is the result of consultation and conferral between counsel and with agreement of the parties. Entering the stipulation will also obviate the need for motion practice regarding the default judgment and conserve the Court's (and the Parties') time and resources and is thus in the interests of justice.

WHEREFORE, Plaintiff and Credit Acceptance stipulate and agree, subject to the Court's approval, to the following relief: (1) that the Judgment entered in favor of Plaintiff and against Credit Acceptance on March 24, 2021 (ECF No. 14), and the Clerk's Entry of Default against Credit Acceptance dated March 2, 2021 (ECF No. 11) should be vacated; and (2) that Credit Acceptance

/ / /
/ / /
/ / /
/ / /

shall have up to and including July 26, 2021, to respond to the Complaint.

DATED: June 28, 2021.

Respectfully submitted,

| COGBURN LAW OFFICES | MCDONALD CARANO LLP |
|---|---|
| By: */s/ Erik W. Fox (with consent)*<br>Erik W. Fox (NSBN 8804)<br>2580 St. Rose Parkway, Suite 330<br>Henderson, NV 89074<br>Telephone: (702) 748-7777 | By: */s/ Sarah Ferguson*<br>Matthew C. Addison (NSBN 4201)<br>Sarah A. Ferguson (NSBN 14515)<br>100 W. Liberty Street, Tenth Floor<br>Reno, NV 89501<br>Telephone: (775) 788-2000 |
| *Plaintiff William Jackson* | *Defendant Credit Acceptance Corporation* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: June 28, 2021

4849-5319-6016, v. 1

3