# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM JACKSON, | Case No.: 2:20-cv-02001-APG-VCF |
| Plaintiff | **Order Granting Motion for Relief from Judgment** |
| v. | [ECF No. 18] |
| EQUIFAX INFORMATION SERVICES, LLC, et al., | |
| Defendants | |

On February 18, 2021, plaintiff William Jackson advised the court that he had settled with defendant Equifax Information Services, LLC. ECF No. 10. Jackson obtained a default judgment against defendant Credit Acceptance Corporation in March 2021. ECF Nos. 13, 14. On April 27, 2021, I ordered Jackson to voluntarily dismiss Equifax, file a stipulation of dismissal as to Equifax, or file a status report. ECF No. 15. I advised Jackson that failure to comply with the order "may result in dismissal of this action without further notice." *Id.* Jackson did not respond to the order, so I dismissed his claims against Equifax. ECF No. 16. The clerk of court entered judgment in favor of both defendants, even though I had dismissed only the claims against Equifax. ECF No. 17.

Jackson now moves for relief from the judgment. ECF No. 18. He and Equifax subsequently filed a stipulation dismissing his claims against Equifax. ECF Nos. 21, 22. And he and Credit Acceptance Corporation have stipulated to set aside the default judgment and extend the time for Credit Acceptance Corporation to respond to the complaint. ECF Nos. 23, 24. In light of these developments, I grant Jackson's motion and vacate the judgment at ECF No. 17.

I THEREFORE ORDER that plaintiff William Jackson's motion for relief from judgment **(ECF No. 18) is GRANTED** and the judgment at **ECF No. 17 is vacated**. Plaintiff William Jackson's claims against defendant Equifax Information Services, LLC have been resolved through the stipulation of dismissal at ECF No. 22. Plaintiff William Jackson's claims against Credit Acceptance Corporation remain pending.

DATED this 9th day of July, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE