RECEIVED
ENTERED                        SERVED ON
COUNSEL/PARTIES OF RECORD

FILED

7/26/2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

1  Matthew C. Addison (NSBN 4201)
   Sarah A. Ferguson (NSBN 14515)
2  MCDONALD CARANO, LLP
   100 W. Liberty Street, Tenth Floor
3  Reno, NV 89501
   Telephone: (775) 788-2000
4  sferguson@mcdonaldcarano.com
   maddison@mcdonaldcarano.com
5
6  *Attorneys for Defendant*
   *Credit Acceptance Corporation*

7           IN THE UNITED STATES DISTRICT COURT

8              FOR THE DISTRICT OF NEVADA

9  WILLIAM JACKSON,

10             Plaintiff,                    Case No. 2:20-cv-02001-APG-VCF

11     vs.                                   **STIPULATION TO EXTEND TIME TO**
                                             **RESPOND TO THE COMPLAINT**
12 EQUIFAX INFORMATION SYSTEMS, LLC,
   and CREDIT ACCEPTANCE                     **(Second Request)**
13 CORPORATION,

14             Defendants.

15

16



17         Plaintiff William Jackson and Defendant Credit Acceptance Corporation ("Credit

18 Acceptance"), by and between their respective counsel of record, hereby stipulate and agree to

19 extend the time Credit Acceptance has to respond to Plaintiff William Jackson's ("Plaintiff")

20 Complaint up to and including August 16, 2021, as follows:

21         1.      Plaintiff filed his Complaint against Credit Acceptance and Equifax Information

22 Services, LLC on October 30, 2020. (ECF No. 1.)

23         2.      On June 28, 2021, the Court granted the parties' Joint Stipulation to Vacate Default

24 Judgment and Clerk's Entry of Default, and to Extend Time for Credit Acceptance to Respond to

25 the Complaint, extending Credit Acceptance's time to respond to the Complaint to and including

26 July 26, 2021. (ECF Nos. 23-24.)

27         3.      Counsel for Credit Acceptance needs additional time to investigate the allegations of

28 the Complaint and prepare an appropriate response. Accordingly, Credit Acceptance respectfully

requests an additional 21-day extension of time, to and including August 16, 2021, to respond to the Complaint.

      4.    This is Credit Acceptance's second request for an extension of time to respond to Plaintiff's Complaint and is not made for purposes of delay.

      5.    The parties stipulate and agree that the requested extension will not interfere with any deadlines in this case, as the case is in its early stages and no scheduling order has yet been entered. Further, no party will be prejudiced by the Court granting Credit Acceptance's request.

      IT IS SO STIPULATED AND AGREED:

DATED July 26, 2021.

COGBURN LAW OFFICES

By: */s/ Erik W. Fox (with consent)*
Erik W. Fox (NSBN 8804)
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Telephone: (702) 748-7777

DATED July 26, 2021.

MCDONALD CARANO, LLP

By: */s/ Sarah Ferguson*
Matthew C. Addison (NSBN 4201)
Sarah A. Ferguson (NSBN 14515)
MCDONALD CARANO, LLP
100 W. Liberty Street, Tenth Floor
Reno, NV 89501
Telephone: (775) 788-2000

*Attorneys for Defendant*
*Credit Acceptance Corporation*

      * * *

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   7/26/2021 _____

4851-9626-8272, v. 1