Matthew C. Addison (NSBN 4201)
Sarah A. Ferguson (NSBN 14515)
MCDONALD CARANO, LLP
100 W. Liberty Street, Tenth Floor
Reno, NV 89501
Telephone: (775) 788-2000
sferguson@mcdonaldcarano.com
maddison@mcdonaldcarano.com

*Attorneys for Defendant
Credit Acceptance Corporation*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM JACKSON,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SYSTEMS, LLC, and CREDIT ACCEPTANCE CORPORATION,<br><br>    Defendants. | Case No. 2:20-cv-02001-APG-VCF<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>**(Third Request)** |

Plaintiff William Jackson ("Plaintiff") and Defendant Credit Acceptance Corporation ("Credit Acceptance"), by and between their respective counsel of record, hereby stipulate and agree to extend the time Credit Acceptance has to respond to Plaintiff's Complaint up to and including September 7, 2021, as follows:

1.    Plaintiff filed his Complaint against Credit Acceptance and Equifax Information Services, LLC on October 30, 2020. (ECF No. 1.)

2.    On June 28, 2021, the Court granted the parties' Joint Stipulation to Vacate Default Judgment and Clerk's Entry of Default, and to Extend Time for Credit Acceptance to Respond to the Complaint, making Credit Acceptance's response to the Complaint originally due July 26, 2021. (ECF Nos. 23-24.)

/ / /

/ / /

3. On July 26, 2021, the Court granted the parties' Stipulation to Extend Time to Respond to the Complaint, extending Credit Acceptance's time to respond to the Complaint to and including August 16, 2021. (ECF Nos. 26-27.)

4. Since then, Plaintiff and Credit Acceptance have been engaged in discussions that may resolve this case. To allow these discussions to conclude, potentially avoiding further unnecessary time and expense, Credit Acceptance respectfully requests and additional 22-day extension of time, to and including September 7, 2021, to respond to the Complaint.

5. This is Credit Acceptance's third request for an extension of time to respond to Plaintiff's Complaint and is not made for purposes of delay.

6. The parties stipulate and agree that the requested extension will not interfere with any deadlines in this case, as the case is in its early stages and no scheduling order has yet been entered. Further, no party will be prejudiced by the Court granting Credit Acceptance's request.

IT IS SO STIPULATED AND AGREED:

DATED August 16, 2021.

COGBURN LAW OFFICES

By: */s/ Erik W. Fox (with consent)*
Erik W. Fox (NSBN 8804)
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Telephone: (702) 748-7777

*Attorney for Plaintiff*

DATED August 16, 2021.

MCDONALD CARANO, LLP

By: */s/ Sarah Ferguson*
Matthew C. Addison (NSBN 4201) Sarah A. Ferguson (NSBN 14515) MCDONALD CARANO, LLP
100 W. Liberty Street, Tenth Floor
Reno, NV 89501
Telephone: (775) 788-2000

*Attorneys for Defendant*

\* \* \*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 8-16-2021

4829-6854-5782, v. 1

2