COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM JACKSON,<br><br>                Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company, and CREDIT ACCEPTANCE CORPORATION, a Michigan corporation,<br><br>                Defendants. | Case Number:<br>2:20-cv-02001-APG-VCF<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT CREDIT ACCEPTANCE CORPORATION WITH PREJUDICE** |

    IT IS HEREBY STIPULATED by and between Plaintiff, William Jackson ("Plaintiff") and Defendant, Credit Acceptance Corporation ("Defendant"), by and through their respective attorneys of record, that all Plaintiff's claims asserted against Defendant in the above-captioned

matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 13th day of September, 2021.        Dated this 13th day of September, 2021.

COGBURN LAW                                     MCDONALD CARANO, LLP

By: */s/Erik W. Fox*                            By: */s/Sarah A. Ferguson*
    Jamie S. Cogburn, Esq.                         Matthew C. Addison, Esq.
    Nevada Bar No. 8409                            Nevada Bar No. 4201
    Erik W. Fox, Esq.                              Sarah A. Ferguson, Esq.
    Nevada Bar No. 8804                            Nevada Bar No. 14515
    2580 St. Rose Parkway, Suite 330               100 W. Liberty Street, Tenth Floor
    Henderson, Nevada 89074                        Reno, NV 89501
    *Attorneys for Plaintiff*                      *Attorneys for Defendant Credit Acceptance Corporation*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

    September 14, 2021
DATE